**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**


YOLANDA JADE TREJO MARTINEZ,

       Plaintiff,

v.                                      No.  2:16-cv-1043-KRS

NANCY A. BERRYHILL,
Acting Commissioner of the
Social Security Administration,

       Defendant.


### JUDGMENT

Having denied Plaintiff's Motion to Reverse and Remand to Agency for Rehearing (Doc. 20) in an opinion and order entered concurrently herewith, in accordance with Federal Rule of Civil Procedure 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered against Plaintiff.


                           _____
                           **KEVIN R. SWEAZEA
                           UNITED STATES MAGISTRATE JUDGE**